UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA SANCHEZ and FIDEL VASQUEZ SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>DURANGO FARM MANAGEMENT INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 1:20-cv-01435-JLT-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT; AND DENYING WITHOUT PREJUDICE REQUEST FOR ATTORNEY'S FEES AND COSTS.<br><br>(Docs. 31, 38, 41) |

Blanca Sanchez and Fidel Vasquez Sanchez brought this action against Defendant Durango Farm Management on October 8, 2020.  (Doc. 1.)  Plaintiffs amended the complaint on December 14, 2020, adding an additional claim.  (Doc. 6.)  Plaintiffs amended the complaint a second time on May 17, 2021, removing all class claims and leaving only individual claims against Defendant.  (Doc. 21.)  Default was entered against Defendant on June 11, 2021.  (Doc. 25.)  On November 1, 2021, Plaintiffs filed a motion for default judgment.  (Doc. 31.)  On December 10, 2021, the Court ordered Plaintiffs to file supplemental briefs to clarify Plaintiffs' request for judgment.  (Doc. 37.)  On January 5, 2022, Plaintiffs filed an amended motion for default judgment.  (Doc. 38.)

On April 13, 2022, the assigned magistrate judge issued findings and recommendations recommending Plaintiffs' motion for default judgment be granted, but that Plaintiffs' related

1  request for attorney's fees and costs be denied without prejudice. (Doc. 41.) The Court served
2  the findings and recommendations and notified them that objections were to be filed within 14
3  days. (*Id.*) No objections have been filed and the time in which to do so has now passed.

4  According to 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de
5  novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings
6  and recommendations to be supported by the record and proper analysis. Thus, the Court
7  **ORDERS**:

8  1. The findings and recommendations issued on April 13, 2022 (Doc. 41) are
9     **ADOPTED IN FULL**.
10 2. Plaintiff's motion for default judgment against Defendant Durango Farms
11    Management, Inc., (Docs. 31, 38) is **GRANTED**.
12 3. Default judgment is **ENTERED** in favor of Plaintiffs and against Defendant Durango
13    Farm Management, Inc., in the amount of $10,352.92.
14 4. Plaintiffs' request for attorney fees and costs request is **DENIED WITHOUT**
15    **PREJUDICE**.

16
17 IT IS SO ORDERED.
18    Dated:   **May 2, 2022**
                                                      UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26
27
28

2